IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JAMES C. WINDING                                              PETITIONER

V.                              CIVIL ACTION NO. 5:23-cv-73-DCB-MTP

MARC MCCLURE                                                  RESPONDENT

## FINAL JUDGMENT

THIS MATTER came before the Court, sua sponte, for consideration of dismissal; and, pursuant to the Memorandum Opinion and Order issued this date;

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED WITHOUT PREJUDICE.

SO ORDERED AND ADJUDGED, this the 25th day of October, 2023.

/s/ David Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE